ADIRONDACK LEAGUE CLUB, Respondent, *v.* MARQUIS L. KEYES, Appellant.

*Adirondack League Club* v. *Keyes,* 140 App. Div. 882, affirmed.
(Argued May 9, 1912; decided May 24, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 20, 1910, affirming a judgment in favor of

plaintiff entered upon a decision of the court on trial at Special Term in an action to have canceled and set aside, as a cloud upon its title, a tax deed executed and delivered by the state comptroller to the defendant.

*George N. Ostrander* for appellant.

*W. H. Van Steenbergh* and *Charles E. Snyder* for respondent.

Judgment affirmed, with costs, on the ground that according to the findings of the trial court, unanimously affirmed by the Appellate Division, that the assessment was not made by the board of assessors, or by public officers, or by any lawful authority, the tax was void for constitutional reasons; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.